# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARY WALLACE

VERSUS

WALMART STORES, INC. AND
CLAIMS MANAGEMENT, INC.

NO.   2020 CW 0135

**FEBRUARY 11, 2020**

In Re:   Walmart, Inc., applying for supervisory writs, Office
of Workers' Compensation, District 9, No. 18-06148.

**BEFORE:   HIGGINBOTHAM, PENZATO, AND BURRIS,[1] JJ.**

    **WRIT NOT CONSIDERED.**   The writ application did not include a copy of the pertinent hearing minutes in violation of Rule 4-5(C)(10) of the Uniform Rules of the Louisiana Courts of Appeal, and accordingly, this court cannot ascertain whether a written judgment was ordered.   Nevertheless, even if the thirty day period for filing a notice of intent to seek supervisory review with this court began when the trial court mailed notice of the written judgment, notice of that judgment was mailed on December 18, 2019.   Relator's notice of intent was not filed until more than thirty days later, on January 28, 2020.   Accordingly, this writ is untimely.

**TMH**
**AHP**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.